# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KELLETT, JOHN O'MARA, DANIEL MURPHY, ELMO O'NEAL, MARK MORGAN, MICHAEL JARRELL, JAMES MURPHY, HANFORD GROSS, JOSEPH BEETZ, and ROBERT MITCHELL In Their Representative Capacities as Trustees of the PLUMBERS AND PIPEFITTERS WELFARE EDUCATION FUND, <br><br>  Plaintiffs <br><br> v. <br><br> PFIZER, INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC., <br>  Defendants. | Civil Action No. 08-CV-03668-CRB <br><br><br> MDL #1699 <br><br> **NOTICE OF AMENDMENT OF COUNSEL** |

## NOTICE

**PLEASE TAKE NOTICE** that due to a clerical error plaintiffs hereby amend the counsel of record in this matter to remove John O'Mara and to add Tim O'Mara.

Respectfully submitted,

    /s/ Thomas P. Cartmell_____
Thomas P. Cartmell    MO #45366
Thomas J. Preuss    MO #54923
Christopher L. Schnieders    MO #57725
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
Benjamin A. Bertram    MO #56945
BERTRAM & GRAF, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Michael L. Hodges                KS #09860
HODGES LAW FIRM
13420 Santa Fe Trail Dr.
Lenexa, KS  66215
(913) 888-7100
FAX (913) 888-7388

Tim O'Mara                       MO#41835
5770 Mexico Road
St. Peters, Missouri  63376
636.757.1700 Main
636.757.0198 Fax

J. Mark Kell                     MO#26413
5770 Mexico Road
St. Peters, Missouri  63376
636.757.1700 Main
636.757.0198 Fax

Gerald B. Taylor
THE TAYLOR LAW FIRM
7208 Fairwoods Place
Montgomery, AL  36117
334-775-1025
FAX 334-775-1022

J. Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
213-977-0211
FAX 213-481-1554

Steven R. Maher
MAHER, GUILEY AND MAHER, PA
631 West Morse Boulevard, Suite 200
Winter Park, FL  32789
407-839-0866
FAX 407-425-7958

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 5th day of August, 2008 the above and foregoing document was electronically filed, and notification of such filing was made by the Court via e-mail to all counsel electronically registered with the Court.


                                          /s/ Thomas P. Cartmell_____
                                   Attorney